IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
MAY 12 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:10-cr-34 |
| Plaintiff, ) | |
| v. ) | **INDICTMENT** |
| SANDRA TEAGUE, ) | T.18, U.S.C., § 1030(a)(2)(B) |
| a.k.a., Sandra Teague-Garvins, ) | T.18, U.S.C., § 1030(c)(2)(A) |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Exceeding Authorized Computer Access)**

That on or about August 27, 2008, in the Southern District of Iowa, the defendant, SANDRA TEAGUE, a.k.a., Sandra Teague-Garvins, who was employed by a contractor for the United States Department of Education, intentionally exceeded authorized access to a computer, and thereby obtained information from a department and agency of the United States, in that the defendant intentionally accessed student loan records of a candidate for President of the United States without authorization.

This is a violation of Title 18, United States Code, Sections 1030(a)(2)(B) and 1030(c)(2)(A).

**A TRUE BILL.**

/s/
_____
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: /s/
_____
Joel W. Barrows
Assistant United States Attorney